PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Sabor Gordon                                    Cr.: 19-00695-001
                                                                  PACTS #: 6154941

Name of Sentencing Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/25/2020

Original Offense:   Bribery of Public Officials and Witnesses, 18 U.S.C. Section 201(b)(2)(A) and (C), a
                    Class C felony

Original Sentence: 36 months' probation

Special Conditions: Special Assessment, Substance Abuse Testing, Location Monitoring Program, Community Service - Hours, Drug Treatment, Financial Disclosure, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, No New Debt/Credit, Forfeiture

Type of Supervision: Probation                          Date Supervision Commenced: 02/25/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance and paraphernalia related to such substances**

                    On February 25, 2020, the offender immediately reported to the Probation Office after being sentenced by Your Honor. He was drug tested and was positive for marijuana. He admitted use and apologized for his actions.

U.S. Probation Officer Action:

Mr. Gordon was given a verbal reprimand for using marijuana. It should be noted that prior to the current public health crisis, the offender was gainfully employed as a Pest Control technician for Aptive Environmental. Home visits have been made to verify the offender's current residence. We will continue to monitor the offender's compliance and notify the court of any additional non-compliance.

Respectfully submitted,
*Afonso A. Fernandes*
By: Afonso A. Fernandes *LRG*
Senior U.S. Probation Officer
Date: 04/01/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[✓] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

4/2/2020
_____
Date