PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Sabor Gordon                                  Cr.: 19-00695-001
                                                                PACTS #: 6154941

Name of Sentencing Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/25/2020

Original Offense:   Count One: Bribery of Public Officials and Witnesses, 18 U.S.C. §§ 201(b)(2)(A) and (C).

Original Sentence: 3 years probation

Special Conditions: Substance Abuse Testing/ Treatment, Location Monitoring Program (6 months), Community Service 250 Hours, Financial Disclosure, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, and No New Debt/Credit.

Type of Supervision: Probation                       Date Supervision Commenced: 02/25/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'**<br><br>On October 31, 2020, Newark Police Department issued Gordon a motor vehicle summons for driving after driver's license is suspended or revoked. The charges remain pending. |

U.S. Probation Officer Action:

Gordon reported that he was unaware that his license had been suspended and he would take immediate action to correct the issue. The probation office will continue to monitor Gordon's supervision activities and will notify the Court as deemed necessary.

                                        Respectfully submitted,

                                        SUSAN M. SMALLEY, Chief
                                        U.S. Probation Officer

                                        *Shannan DaSilva*

                                        By:   SHANNAN P. DASILVA
                                              U.S. Probation Officer

/ spd

APPROVED:

*Elisa Martinez*          11/12/2020

---
ELISA MARTINEZ                    Date
Supervising U.S. Probation Officer

===

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☑ No Formal Court Action to be Taken at This Time (**as recommended by the Probation Office**).

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_[signature]_
Signature of Judicial Officer

11/16/20
Date